IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC., UCB BIOPHARMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC., and HARRIS FRC CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>AURORBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC.,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 16-451 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND CONSENT JUDGMENT**

WHEREAS, Plaintiffs and Defendants were parties to *UCB, Inc. et al. v. Accord Healthcare, Inc. et al.*, C.A. No. 13-1206-LPS (the "Preceding Action"),

WHEREAS, this Court entered judgment on September 2, 2016 in favor of Plaintiffs and against Defendants on Plaintiffs' claim that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic lacosamide product that is the subject of Aurobindo's ANDA No. 204994 would infringe claims 9, 10, and 13 of U.S. Patent No. RE38,551 (the "'551 Patent), and on Defendants' counterclaim for invalidity of claims 9, 10, and 13 of the '551 Patent (D.I. 323 ¶¶ 16–17 in the Preceding Action),

WHEREAS, on May 23, 2018, the Federal Circuit affirmed the Court's Judgment in the Preceding Action (D.I. 129 in No. 2016-2610),

WHEREAS, on August 24, 2018, the Federal Circuit denied the petitions for rehearing in the Preceding Action (D.I. 147 in No. 2016-2610),

WHEREAS, the Federal Circuit's mandate issued on August 31, 2018 (D.I. 345 in the Preceding Action),

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED that:

1. Judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' claim that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic lacosamide product that is the subject of Defendants' ANDA No. 209224 would infringe claims 9, 10, and 13 of the '551 Patent.

2. Judgment is entered in favor of Plaintiffs and against Defendants on Defendants' counterclaims for non-infringement and invalidity of claims 9, 10, and 13 of the '551 Patent.

3. Pursuant to 35 U.S.C. § 271(e)(4)(A), it is hereby ordered that the effective date of any final approval of Defendants' ANDA No. 209224 is to be a date that is not earlier than the date of expiration of the '551 Patent inclusive of the patent term extension granted under 35 U.S.C. § 156 (March 17, 2022) and any other applicable exclusivities and extensions.

4. Pursuant to 35 U.S.C. § 271(e)(4)(B), Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, Defendants' proposed generic lacosamide product that is the subject of Defendants' ANDA No. 209224 during the term of the '551 Patent.

- 3 -

STIPULATED AND CONSENTED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Megan E. Dellinger* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Megan E. Dellinger (#5739) | Megan C. Haney (#5016) |
| 1201 North Market Street | 1200 North Broom Street |
| P.O. Box 1347 | Wilmington, DE  19806 |
| Wilmington, DE  19899 | (302) 655-4200 |
| (302) 358-9200 | jcp@pgmhlaw.com |
| jblumenfeld@mnat.com | mch@pgmhlaw.com |
| mdellinger@mnat.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

October 15, 2018
12175175

SO ORDERED this ___ day of _____, 2018.

_____
CHIEF, UNITED STATES DISTRICT JUDGE